**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AVA ZEHM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>         PLAINTIFFS,[1]<br>              V.<br>MORGAN PROPERTIES AND MOORESTOWNE WOODS APARTMENT ASSOCIATES, LLC D/B/A MOORESTOWNE WOODS APARTMENT ASSOCIATES, LP,<br>         DEFENDANTS. | CIVIL ACTION NO.<br>1:17-CV-01758-NLH-KMW |

**PLAINTIFFS' NOTICE OF MOTION**
**FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**LEWIS G. ADLER, ESQ.**
Attorney ID#: 023211985
26 Newton Ave.
Woodbury, NJ 08096
Tel. #: (856) 845-1968
Fax #: (856) 848-9504
Email: lewisadler@verizon.net
Co-counsel for plaintiffs

**LAW OFFICE OF PAUL DePETRIS**
Paul DePetris
Attorney ID #: 005821996
532 Route 70 West, 2nd Flr.
Cherry Hill, NJ 08O02
Tel. #: (609) 714-2020
Email: paul@newjerseylemon.com
Co-counsel for plaintiffs

| | |
|---|---|
| On the Brief: | Paul DePetris<br>Lewis G. Adler |

---

[1] For simplicity's sake all references to the parties named to this case shall use plural rather than singular designation, regardless of their actual number.

1

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2018, or as soon as counsel may be heard, the undersigned attorneys for plaintiffs, AVA ZEHM, individually and as a class representative on behalf of others similarly situated, shall move before the United States District Court for the District of New Jersey, before the Honorable NOEL L. HILLMAN, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 and for an Order as follows:  granting plaintiffs leave to file an amended complaint.  A proposed form of order is submitted.  Plaintiffs waive oral argument.  Pursuant to L.R.Civ.P. 15.1, the moving parties expect that this motion shall be opposed.

EXECUTED ON:  May 8, 2018          Respectfully submitted,
                                   /s/Lewis G. Adler, Esquire
                                   LEWIS G. ADLER
                                   26 Newton Ave.
                                   Woodbury, NJ 08096
                                   Tel. #:  (856) 845-1968
                                   Fax #:  (856) 848-9504
                                   Co-counsel for plaintiff(s)
                                   Email:  lewisadler@verizon.net