UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AVA ZEHM,
        Plaintiff,

   v.                          Civil No. 17-1758(NLH/KMW)

MORGAN PROPERTIES, et al.    **ORDER OF DISMISSAL**
        Defendants.

This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

    **IT IS** on this ___15th___ day of APRIL, 2019,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                                                 Hon. Noel L. Hillman, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Deadline
3/18/19

| AVA ZEHM, | |
|---|---|
| Plaintiff, | |
| v. | Civil No. 17-1758-NLH-KMW |
| MORGAN PROPERTIES, et al., | **60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |
| Defendants. | |

It having been reported to the Court that the above-captioned action has been settled,

IT IS on this **16th** day of **January**, 2019, hereby

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within sixty (60) days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc: Hon. Noel L. Hillman